IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| IN RE THE APPLICATION OF REPORTERS COMMITTEE FOR FREEDOM OF THE PRESS FOR ACCESS TO CERTAIN SEALED COURT RECORDS | * <br> <br> * <br> <br> * <br> <br> * | Case No.: 1:17-cv-00169 |

**████████ ORDER**

Upon consideration of the Application of the Reporters Committee for Freedom of the Press for Public Access to Certain Sealed Court Records (the "Application"), and the United States of America's Response to the Application, it is, on this **26**TH day of June 2017, by the United States District Court for the District of Maryland,

ORDERED that the relief sought by the Application of the Reporters Committee for Freedom of the Press BE and HEREBY IS GRANTED; and it is further

ORDERED that dockets of the nine miscellaneous cases identified by their case numbers in Exhibit 1 to the Motion to Unseal, ECF No. 10 (filed under seal), BE and HEREBY ARE UNSEALED; and it is further

ORDERED that, with the relief sought by the Application having been GRANTED, the above-captioned matter is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED**.

_____
Hon. Richard D. Bennett
United States District Judge

Respectfully submitted by:

*/s/ Katie Townsend*
Katie Townsend
Bar No. 19756
THE REPORTERS COMMITTEE FOR
FREEDOM OF THE PRESS
1156 15th St. NW, Suite 1250
Washington, DC 20005
Phone: 202.795.9300
Facsimile: 202.795.9310
ktownsend@rcfp.org

*Counsel for Applicant the Reporters Committee*
*for Freedom of the Press*


Stephen M. Schenning
Acting United States Attorney

*/s/ Kelly M. Marzullo*
Kelly M. Marzullo (Bar No. 28036)
Assistant United States Attorney
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4800
(410) 962-2310 (fax)
kelly.marzullo@usdoj.gov

*Counsel for the United States of America*